| | |
|---|---|
| 1 | RUKIN HYLAND DORIA & TINDALL LLP |
| 2 | STEPHANIE DORIA (SBN 196825)<br>ANGELA PERONE (SBN 245793) |
| 3 | 100 Pine Street, Suite 2150<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 421-1800<br>Facsimile: (415) 421-1700 |
| 5 | Attorneys for Plaintiff |
| 6 | DEAN JOHNSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEAN JOHNSON, | | CASE NO.: 10-cv-5001 (JSW) |
| | Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |
| vs. | | |
| STERICYCLE, INC., a Corporation; and DOES 1 through 10 inclusive, | | |
| | Defendants. | |

# THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEAN JOHNSON**, an individual<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**STERICYCLE, INC.**, a Delaware corporation; and **DOES 1-10**,<br><br>　　　　　Defendants. | Case No. 10-cv-5001 JSW<br><br><br>**STIPULATION TO DISMISS** |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

The parties, by and through their counsel, hereby voluntarily stipulate that all aspects of the captioned matter shall be dismissed with prejudice, pursuant to F.R.C.P. 41(a)(1)(ii), with each party to bear its own costs and attorneys' fees.

s/Stephanie Doria
Counsel for Plaintiff

Rukin, Hyland, Doria and Tindall, LLP
100 Pine Street, Suit 2150
San Francisco, CA 94111
Telephone: (415)421-1800
Facsimile: (415) 421-1700

s/Steven L. Hamann
Counsel for Defendant

Steven L. Hamann
Aaron R. Gelb
VEDDER PRICE P.C.
222 North LaSalle Street - Suite 2400
Chicago, IL 60601

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby dismisses all causes of action against Defendant Stericycle, Inc. with prejudice. Plaintiff Dean Johnson and Defendant Stericycle shall bear their own costs and fees.

IT IS SO ORDERED.

Dated: July 5, 2011

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE